NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JULIUS RUSSELL KIRVEN,                )
                                      )
        Appellant,                    )
                                      )
v.                                    )        Case No.  2D17-2489
                                      )
STATE OF FLORIDA,                     )
                                      )
        Appellee.                     )
_____ )

Opinion filed June 6, 2018.

Appeal from the Circuit Court for Polk
County; Glenn T. Shelby and Kelly P.
Butz, Judges.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

                Affirmed.

SILBERMAN, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.